GROVE D. CURTIS et al., Respondents, *v.* NATALIE ANTHRACITE
COAL COMPANY, Appellant.

*Curtis* v. *Natalie Anthracite Coal Co.*, 89 App. Div. 61, affirmed.
(Argued March 17, 1905; decided April 11, 1905.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered Janu-
ary 11, 1904, affirming a judgment in favor of plaintiffs
entered upon a decision of the court at a Trial Term without
a jury, and an order denying a motion for a new trial.

*Martin Conboy, Arthur J. Baldwin* and *Leonard D.
Baldwin* for appellant.

*George C. Austin* for respondents.

Judgment affirmed, with costs, on prevailing opinion below.
Concur: O'BRIEN, BARTLETT, HAIGHT, VANN and WER-
NER, JJ. Dissenting: CULLEN, Ch. J. Absent: GRAY, J.

---

SAMUEL S. MALLETT, Respondent, *v.* STANLEY E. KELLAR,
Appellant.

*Mallett* v. *Kellar*, 91 App. Div. 502, affirmed.
(Argued March 7, 1905; decided April 11, 1905.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the second judicial department, entered
March 14, 1904, affirming a judgment in favor of plaintiff
entered upon the report of a referee.

*Eustace Conway* for appellant.

*Thomas Watts* and *Edwin S. Merrill* for respondent.

Judgment affirmed, with costs, on opinion below.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT,
HAIGHT, VANN and WERNER, JJ.